IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDGECRAFT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 1:08-cv-267-SLR |
| LUCKYMAN ENTERPRISE CO. LTD., d/b/a | ) |
| LUCKYMAN ELECTRONIC CO. LTD., d/b/a | ) |
| ZHUHAI LUCKYMAN ELECTRONIC CO. | ) |
| LTD., | ) |
| | ) |
| Defendant. | |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff, Edgecraft Corporation moves to voluntarily dismiss this action, without prejudice, against Defendant Luckyman Enterprise Co. Ltd. Plaintiff has not served its Complaint on Defendant, and does not intend to do so at this time.

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

DATED: August 27, 2008

By: /s/ Dana K. Hammond
**Harold Pezzner (#479)**
**Dana K. Hammond (#4869)**
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
hpezzner@cblh.com
dhammond@cblh.com

631357

*Attorneys for Plaintiff.*