AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Delaware____ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>08cv267 | DATE FILED<br>5/5/08 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Edgecraft Corporation | | DEFENDANT<br>Luckyman Enterprise Co. Ltd. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,611,726 | 3/18/97 | Edgecraft Corporation |
| 2 | 6,012,971 | 1/11/00 | Edgecraft Corporation |
| 3 | 6,113,476 | 9/5/00 | Edgecraft Corporation |
| 4 | US 6,267,652 B1 | 7/31/01 | Edgecraft Corporation |
| 5 | | | |
| | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Case Closed per D.I. 4 (Notice of Dismissal)
See Attached

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE 8/28/08<br>May 6, 2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDGECRAFT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   1:08-cv-267-SLR |
| LUCKYMAN ENTERPRISE CO. LTD., d/b/a | ) |
| LUCKYMAN ELECTRONIC CO. LTD., d/b/a | ) |
| ZHUHAI LUCKYMAN ELECTRONIC CO. | ) |
| LTD., | ) |
| | ) |
| Defendant. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff, Edgecraft Corporation moves to voluntarily dismiss this action, without prejudice, against Defendant Luckyman Enterprise Co. Ltd. Plaintiff has not served its Complaint on Defendant, and does not intend to do so at this time.

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

DATED: August 27, 2008

By: /s/ Dana K. Hammond
**Harold Pezzner (#479)**
**Dana K. Hammond (#4869)**
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
hpezzner@cblh.com
dhammond@cblh.com

631357

*Attorneys for Plaintiff.*